UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL GRESS,

        Plaintiff,                No. 2:13-cv-0328 KJN P

vs.

CHRISTOPHER SMITH, et al.,      **AMENDED**

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Michael Gress, inmate #V-21759, a necessary and material witness in proceedings in this case on August 22, 2013, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden; in order to secure this inmate's telephonic attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephonic-conferencing at Mule Creek State Prison, on August 22, 2013, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Mule Creek State Prison:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court;

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gress0328.841b