UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS, | No. 2:13-cv-0328 KJN P |
| Plaintiff, | |
| v. | ORDER |
| C. SMITH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On August 22, 2013, this matter came on for initial status/mediation conference. Plaintiff appeared telephonically; Deputy Attorney General Kevin Reager made a special appearance. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file, within thirty days from the date of this order, a motion for appointment of counsel.

Dated: August 23, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gres0328.oah

1