1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL GRESS,                          No.  2:13-cv-0328 KJN P

12                Plaintiff,

13        v.                                 ORDER

14   C. SMITH, et al.,

15                Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel.  On August 22, 2013, this matter

18   came on for initial status/mediation conference.  Plaintiff appeared telephonically; Deputy

19   Attorney General Kevin Reager made a special appearance.  Good cause appearing, IT IS

20   HEREBY ORDERED that plaintiff shall file, within thirty days from the date of this order, a

21   motion for appointment of counsel.

22   Dated:  August 23, 2013

23

24                                           KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
25   /gres0328.oah

26

27

28

                                             1