DAUGHERTY & DAUGHERTY
RYAN M. DAUGHERTY, SBN 279616
LORI MAE DAUGHERTY, SBN 272223
P.O. Box 19115
Sacramento, CA 95819
Telephone:    (916) 905-8333
Facsimile:    (916) 483-6599
ryan@thedaughertylawfirm.com
lori@thedaughertylawfirm.com

Attorneys for Plaintiff
Michael Gress

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

**-o0o-**

| | |
|---|---|
| MICHAEL GRESS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Christopher Smith, M.D.; Stephen Tseng, M.D.; Richard Galloway, M.D.; Boru Nale, M.D.; Shair Naseer, M.D.; Eldon Evans, M.D.; Jacqueline Barnett; Wesley Hashimoto, M.D.; Scott Heatley, M.D.; Leonard Heffner, M.D.; Lawrence Fong; Karen Todd; Ominyi Akintola; Florencio Moreno; Mary Chase; Alan Kettlehake; Belen Villanueva; Dr. Peter R.Col and DOES 1 – 100,<br><br>　　　　Defendants. | Case No.  2:13-cv-00328 KJN P<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JACQUELINE BARNETT WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff MICHAEL GRESS by and through his respective counsel of record, hereby requests dismissal of ONLY Defendant Jacqueline Barnett without prejudice.  Defendant Jacqueline Barnett, by and through her counsel of record, hereby stipulates to Plaintiff's request.

//

//

| | |
|---|---|
| Dated: April 28, 2014 | **DAUGHERTY & DAUGHERTY** |
| | By: /s/ Ryan M. Daugherty |
| | RYAN M. DAUGHERTY<br>Attorney for Plaintiff<br>Michael Gress |
| Dated: April 30, 2014 | **ATTORNEY GENERAL'S OFFICE** |
| | By: /s/ Kevin Reager |
| | KEVIN REAGER<br>Attorney for Defendant<br>Jacqueline Barnett |

Pursuant to the stipulation of counsel, IT IS HEREBY ORDERED that defendant Jacqueline Barnett is dismissed from this action without prejudice.

**Dated: May 8, 2014**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gres0328.stip