1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS, | No. 2:13-cv-0328 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTOPHER SMITH, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On January 23, 2014, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Peter R. Col was returned unserved because "unable to locate." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed December 23, 2013;

////

1

1           2.  Within sixty days from the date of this order, plaintiff shall:

2           A.  Complete and submit the attached Notice of Submission of Documents to the court,
3    with the following documents:
4                   a.  One completed USM-285 form for defendant Col;
5                   b.  Two copies of the endorsed amended complaint filed December 23, 2013; and
6                   c.  One completed summons form (if not previously provided); OR
7           B.  Show good cause why he cannot provide such information.
8    Dated:  May 21, 2014

10   /gres0328.8e

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS,<br><br>           Plaintiff,<br><br>      v.<br><br>DR. CHRISTOPHER SMITH, et al.,<br><br>           Defendants. | No.  2:13-cv-0328 KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

  \_\_\_\_\_        completed summons form

  __1__       completed USM-285 forms

  __2__       copies of the _____December 23, 2013_____
                            Complaint

DATED:

                                                  _____
                                                  Plaintiff