RYAN M. DAUGHERTY, SBN 279616
LORI MAE DAUGHERTY, SBN 272223
DAUGHERTY & DAUGHERTY
P.O. Box 19115
Sacramento, CA 95819
Telephone:    (916) 905-8333
Facsimile:    (916) 483-6599
ryan@thedaughertylawfirm.com
lori@thedaughertylawfirm.com

Attorneys for Plaintiff
Michael Gress

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| MICHAEL GRESS,<br><br>         Plaintiff,<br><br>     vs.<br><br>Dr. CHRISTOPHER SMITH, et al.,<br><br>         Defendants. | Case No.  2:13-CV-00328-KJN<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on December 23, 2013, Plaintiff, MICHAEL GRESS ("Plaintiff") filed his First Amended Complaint for Damages against Dr. CHRISTOPHER SMITH, et al.  At the time of the filing, Plaintiff believed based on the information known and believed to be true at the time, that the medical personnel "Barnett" named in the First Amended Complaint was Jacqueline Barnett. However, based on information obtained after the filing, Plaintiff now believes the proper party is Dr. Bruce Barnett.

WHEREAS Plaintiff seeks to file his Second Amended Complaint to add Defendant Dr. Bruce Barnett.

WHEREAS a copy of Plaintiff's proposed Second Amend Complaint for Damages is attached

hereto as "**Exhibit A**."

WHEREAS by stipulating to the filing of the Second Amended Complaint, Defendants are not waiving any defense, including but not limited to the statute of limitations, that may be available.

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of record that:

1. Plaintiff should be granted leave to amend to file his Second Amended Complaint for Damages, a copy of which is attached hereto as "**Exhibit A.**"

2. Defendants should be granted 30 days to file a responsive pleading from the date of the attached Order.

Dated: June 4, 2014        **DAUGHERTY & DAUGHERTY**

By:/s/ Ryan M. Daugherty_____

RYAN M. DAUGHERTY
Attorney for Plaintiff
Michael Gress

Dated: June 5, 2014        **ATTORNEY GENERAL'S OFFICE**

By:/s/ Kevin Reager_____

KEVIN REAGER
Attorney for Defendants

# ORDER

Having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to amend to file his Second Amended Complaint for Damages, a copy of which was attached to the June 11, 2014 Stipulation as "Exhibit A."  (ECF No. 46.)

2. The Second Amended Complaint for Damages is deemed filed as of June 11, 2014.

3. Defendants have thirty days from the date of this order to file a responsive pleading.

4. The Clerk of the Court is directed to remove the proposed second amended complaint (ECF No. 46 at 5-15 & No. 46-1 at 1-14), and file separately docket it as plaintiff's second amended complaint, *nunc pro tunc*, as of June 11, 2014.

Dated:  June 26, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gres0328.stip