UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0328 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding through counsel.  By order filed June 4, 2014, defendant Dr. Boru Nale was ordered to show cause why his default should not be entered.  on June 20, 2014, counsel for plaintiff filed a response to the order to show cause, along with the declarations of Dr. Boru Nale and Riann Giovacchini, litigation coordinator at Mule Creek State Prison, explaining the confusion over legal representation of Dr. Nale and his failure to timely respond.  Good cause appearing, the order to show cause is discharged.  Counsel for plaintiff was recently granted leave to file a second amended complaint.  Therefore, defendant Dr. Nale shall file a response to the Second Amended Complaint as set forth in this court's order addressing the June 11, 2014 stipulation.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The June 4, 2014 order to show cause directed to defendant Dr. Boru Nale (ECF No. 44) is discharged;

1

2. Defendant Dr. Nale is granted an extension of time in which to file a responsive pleading; and

3. Defendant Dr. Nale shall file a responsive pleading to the Second Amended Complaint as set forth in this court's order addressing the June 11, 2014 stipulation.

Dated: June 26, 2014

/gres0328.dsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE