# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GRESS

          Plaintiff(s)

vs.

CHRISTOPHER SMITH, et. al.

          Defendants.

No. 2:13-CV-00328-TLN-KJN

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Ryan Daugherty, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 23, 2013, by the Honorable Kendall J. Newman, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Based on our review of Plaintiff's medical records, Mr. Gress presented symptoms of a brain tumor as early as 2004. An expert would need to review documents from approximately 2004 to 2010, as well as records following surgery to present day. This is several thousand documents. We (Lori and Ryan Daugherty) have gone through all the records and done our best to summarize all the information. To be adequately prepared to conduct discovery, we need an expert to provide guidance, evaluate the case and review the records. We request funds for Expert in Neurology, Dr. Howard Slyter. (Attached is Dr. Slyter's CV and fee schedule). Specifically, we request $1500 for prepayment, $1650 for 3 hours of Physician Record Review, $550 for 1 hour of Xray, CT and MRI review, $960 for 6 hours of Staff compilation of records, $550 for a 1 hour conference regarding the case and $650 for narrative report. We believe this is the minimum amount necessary for now.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 5860.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:13-CV00328-TLN-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of July, 20 14, at Sacramento, California.

_/s/ P.D._

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 8/7/2014

United States District Judge/Magistrate Judge