RYAN M. DAUGHERTY, SBN 279616
LORI MAE DAUGHERTY, SBN 272223
DAUGHERTY & DAUGHERTY
P.O. Box 19115
Sacramento, CA 95819
Telephone:    (916) 905-8333
Facsimile:     (916) 483-6599
ryan@thedaughertylawfirm.com
lori@thedaughertylawfirm.com

Attorneys for Plaintiff, Michael Gress

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| MICHAEL GRESS, | Case No.  2:13-cv-00328 TLN KJN P |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS MARY CHASE AND WESLEY HASHIMOTO FROM ACTION PURSUANT TO RULE 41(a)** |
| vs. | |
| Dr. CHRISTOPHER SMITH, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In light of information obtained during discovery, Plaintiff Michael Gress, by and through his respective counsel of record, hereby requests dismissal of only Defendants Mary Chase and Wesley Hashimoto without prejudice.  Defendants Mary Chase and Wesley Hashimoto by and through their counsel of record, hereby stipulates to Plaintiff's request.  Defendants have agreed to waive all of Defendant Chase and Defendant Hashimoto's fees and costs in exchange for their dismissal.

**Accordingly, the Parties hereby Stipulate and Agree** that Defendant Chase and Defendant Hashimoto be dismissed without prejudice and for waiver of fees and cost for Defendant Chase and Defendant Hashimoto, pursuant to Federal Rule of Civil Procedure 41.

Dated:  February 17, 2015          **DAUGHERTY & DAUGHERTY**

By:/s/ Ryan M. Daugherty_____

RYAN M. DAUGHERTY
Attorney for Plaintiff
Michael Gress

Dated:  February 17, 2015          **ATTORNEY GENERAL'S OFFICE**

By: /s/ Kevin Reager_____

KEVIN REAGER
Attorney for Defendants

### **ORDER**

Pursuant to the Joint Stipulation submitted by Plaintiff Michael Gress and Defendants and Mary Chase and Wesley Hashimoto, wherein the parties stipulate and agree that Defendant Chase and Defendant Hashimoto be dismissed from this action without prejudice in exchange for a waiver of fees and costs, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Chase and Defendant Hashimoto are dismissed from this action without prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated:  February 18, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gres0328.stipdsm