UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. CHRISTOPHER SMITH, et al.,<br><br>          Defendants. | No.  2:13-cv-0328 KJN P<br><br><u>ORDER TO SHOW CAUSE</u> |

     Plaintiff is a state prisoner proceeding through counsel.  By an order filed January 23, 2014, this court directed the United States Marshal to serve all process without prepayment of costs.  On May 16, 2014, the Marshal returned the summons and complaint indicating service on defendant Florencio Moreno was executed on May 14, 2014.  (ECF No. 40.)  Defendant Moreno, although properly served, has not yet filed a responsive pleading, or responded to the court's order taxing the costs of service of process to defendant Moreno.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Defendant Florencio Moreno shall show cause in writing, within twenty-one days from the date of this order, why default should not be entered; and

////

////

////

1

2. The Clerk of the Court shall forward a copy of this order, as well as a copy of the order taxing costs of service (ECF No. 41) to defendant Florencio Moreno at the following two addresses:

    (a) 5814 Garner Lane, Stockton, California 95207; and

    (b) 9009 Rieti Lane, Stockton, California 95212.

Dated: March 30, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gres0328.77d