UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHRISTOPHER SMITH, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0328 TLN KJN P<br><br><br>REVISED SCHEDULING ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 17, 2015, counsel stipulated to extend the deadline for filing pretrial motions. Good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation (ECF No. 90) is approved;

2. The pending pretrial motions cut-off date of August 30, 2015, is vacated; and

3. Dispositive motions shall be filed sixty days after defendant Barnett's motion to dismiss (ECF No. 89) is resolved.

Dated: August 20, 2015

/gres0328.41r

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1