UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS,<br><br>         Plaintiff,<br><br>    v.<br><br>DR. CHRISTOPHER SMITH, et al.,<br><br>         Defendants. | No.  2:13-cv-0328 TLN KJN P<br><br><br><br>ORDER |

Plaintiff proceeds, in forma pauperis and through counsel, with a civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 17, 2015, counsel for defendant Dr. Barnett filed a motion to dismiss plaintiff's second amended complaint, and noticed the motion for hearing on September 18, 2015, before the undersigned.  (ECF No. 89.)  However, by order filed January 23, 2014, the parties were informed that, absent court order to the contrary, all motions shall be briefed pursuant to Local Rule 230(l), on the papers.  (ECF No. 25 at 3.)  Accordingly, the September 18, 2015 hearing is vacated.

IT IS HEREBY ORDERED that the September 18, 2015 hearing on defendants' motion to dismiss is vacated.  The motion shall be briefed pursuant to Local Rule 230(l).

Dated:  August 20, 2015

/gres0328.vac2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1