KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5331
 Fax: (916) 322-8288
 E-mail: Kevin.Reager@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL GRESS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**DR. CHRISTOPHER SMITH, et al.,**<br><br>　　　　　　　　　Defendants. | 2:13-cv-0328 TLN KJN P<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT: ORDER**<br><br>Judge:　　　The Honorable Kendall J. Newman<br>Trial Date:　　None<br>Action Filed:　February 20, 2013 |

TO THE HONORABLE COURT:

　　The parties, through their respective attorneys of record, have met and conferred and hereby stipulate to extend the briefing deadlines on Defendants' pending motions for summary judgment as follows:

　　Plaintiff's opposition(s) heretofore scheduled to be filed by October 28, 2016, is extended up to and including November 14, 2016.

　　Defendants' reply papers shall be filed no later than December 13, 2016.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  October 20, 2016                                    Respectfully submitted,

                                                                                                 DAUGHERTY & DAUGHERTY

                                                                                                  /s/ Ryan M. Daugherty

                                                                                                  RYAN M. DAUGHERTY
                                                                                                  LORI MAE DOUGHERTY
                                                                                                  *Attorneys for Plaintiff*

Dated:  October 20, 2016                                    Respectfully submitted,

                                                                                                  KAMALA D. HARRIS
                                                                                                  Attorney General of California
                                                                                                  PETER A. MESHOT
                                                                                                  Supervising Deputy Attorney General

                                                                                                  /s/ Kevin W. Reager

                                                                                                  KEVIN W. REAGER
                                                                                                  Deputy Attorney General
                                                                                                  *Attorneys for Defendants*

## ORDER

Based upon the foregoing stipulation (ECF No. 128) IT IS HEREBY ORDERED that Plaintiff's deadline for filing Opposition(s) to Defendants' pending motions for summary judgment is extended to November 14, 2016.  Defendants' reply papers shall be filed no later than December 13, 2016.

Dated:  October 25, 2016

/gres0328.eot2

                                                                                                  KENDALL J. NEWMAN
                                                                                                  UNITED STATES MAGISTRATE JUDGE