Print Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Gress

        Plaintiff(s)

vs.

Christopher Smith, et al

        Defendants.

_____/

No. 2:13-cv-00328-TLN-KJN

REQUEST FOR AUTHORITY TO INCUR
COSTS (APPOINTED COUNSEL) AND
REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Ryan Daugherty                              , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 23, 2013              , by the Honorable Kendall Newman                              , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

See attached

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 9102.                        .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number:

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ⌐5ᵗʰ⌐ day of ⌐December⌐ , 20⌐16⌐ , at ⌐Sacramento⌐ , California.

_RcD_

Attorney for Plaintiff(s)

The above expenditure is _____ Approved ___X___ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____ , on _____ , at _____. ___M. in Courtroom
Number_____.

Dated: _Dec 13, 2016_

United States District Judge/Magistrate