UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS, | No. 2:13-cv-0328 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DR. CHRISTOPHER SMITH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. On August 15, 2016, defendants filed a motion for summary judgment and re-noticed their earlier-filed motions for summary judgment. Plaintiff filed an opposition. Defendants were granted an extension of time in which to file a reply pending the deposition of Dr. Slyter. In the interim, the case was set for a settlement conference, and the reply deadline was vacated.

In light of the status of this case, and good cause appearing therefor, defendants' motions for summary judgment are dismissed without prejudice to renewal, if appropriate, following the March 20, 2017 settlement conference.

Accordingly, IT IS HEREBY ORDERED that defendants' motions for summary judgment (ECF Nos. 117, 118, 119, 120, 121, & 122) are dismissed without prejudice.

Dated: March 16, 2017

/gres0328.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE