UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESS, | No. 2:13-cv-0328 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTOPHER SMITH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. By order filed March 16, 2017, defendants' motions for summary judgment were dismissed without prejudice. On March 20, 2017, following settlement conference, the case did not settle. In light of the deposition of Dr. Slyter, and good cause appearing, defendants are granted leave to file an amended motion for summary judgment, or to re-notice their previously-filed motions for summary judgment, within thirty days from the date of this order. Any motion shall be briefed pursuant to Local Rule 230(l). However, if defendants file an amended motion for summary judgment, or if defendants re-notice the prior motions, plaintiff may choose to stand on his prior opposition(s).

Accordingly, IT IS HEREBY ORDERED that within thirty days, defendants' shall file or re-notice their motion for summary judgment .

Dated:  March 23, 2017

/gres0328.ren

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE